UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                 CASE NO.: 8:09-cr-352-T-33MAP

BEN BANE, ET AL.
_____/

**ORDER**

This cause comes before the Court pursuant to the Government's Unopposed Motion to Dismiss with Prejudice the Claim of Richard Sapp (Doc. # 587), filed on August 7, 2014. For the reasons stated below, the Court grants the Motion.

**Discussion**

On December 15, 2010, a jury convicted Defendants Ben, Gregory, and Tracy Bane of (1) conspiring to commit health care fraud and to make false claims and statements to the United States, (2) scheming to defraud a health care benefit program, and (3) filing false claims for reimbursement from the United States. (Doc. # 261). On May 11, 2011, the Government moved for a forfeiture money judgment against the Defendants, as well as for a preliminary order of forfeiture for various substitute assets to satisfy that money judgment (Doc. # 298), which included:

> The real property, including all improvements thereon and appurtenances thereto, located at 216 Jerry Smith Road, Dover, Florida, 33527, which is legally described as follows:
>
> The Southeast 1/4 of the Southwest 1/4 of Section 23, Township 29 South, Range 21 East, Less road rights-of-way.
>
> Parcel Identification Number: U-23-29-21-ZZZ-000004-11800.0

(Doc. # 587 at 2)(quoting Doc. # 298 at 3). On May 17, 2011, the Court granted the Government's forfeiture motion (Doc. # 312), and on August 24, 2011, the Court included the forfeiture in Defendant Ben Bane's Judgment (Doc. # 410).

Over a year after the Final Judgment of Forfeiture was entered – on January 10, 2013 - Petitioner Richard Sapp filed a "Claim of Leasehold Interest" regarding the abovementioned property. (Doc. # 528). After discovery ensued, the Government and Petitioner finalized a settlement agreement, under which the Petitioner "consent[ed] to the Court's dismissal with prejudice of his Claim to the Property." (Doc. # 587-1). Upon execution of the settlement agreement, the Government filed the present Motion. (See Doc. # 587).

Pursuant to the Joint Stipulation and Settlement Agreement entered into between the Government and Petitioner, this Court grants the Government's Motion to Dismiss, and the

2

claim of Petitioner as to the relevant property is dismissed with prejudice.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1) Government's Unopposed Motion to Dismiss with Prejudice the Claim of Richard Sapp (Doc. # 587) is **GRANTED**.

(2) The Claim of Petitioner Richard Sapp (Doc. # 528) is hereby **DISMISSED WITH PREJUDICE**.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this <u>8th</u> day of August, 2014.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies: All Counsel and Parties of Record